IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIM VAN PELT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:25-CV-671-RAH |
| | ) |
| JOHN Q. HAMM, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff, an inmate at Holman Correctional Facility, filed a Notice of Filing Application to Proceed *In Forma Pauperis* (Doc. 3) on September 8, 2025. The request was not accompanied by a certified prison account statement as required by 28 U.S.C. § 1915(a)(2).[1] Thus, the Court cannot ascertain whether Plaintiff is permitted to proceed without prepayment of filing fees. Accordingly, it is ORDERED that, by **September 30, 2025**, Plaintiff must file a prison account statement from the inmate account clerk showing the average monthly balance in and average monthly deposits to his prison account for the six-month period immediately preceding the filing of his Complaint.

To aid Plaintiff in complying with this Order, the Clerk is DIRECTED to provide a copy of this Order to the inmate account clerk at the facility where Plaintiff is detained.

---

[1] Section 1915(a)(2) provides that "[a] prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined."

Although a copy of this Order will be provided to the inmate account clerk, it is Plaintiff's responsibility to obtain the necessary financial information from the inmate account clerk.

DONE, on this the 10th day of September 2025.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE