IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KIM VAN PELT, | ) | CASE NO. 2:25-cv-671-ECM (LEAD) |
| RICK BELISLE, | ) | CASE NO. 2:25-cv-673-ECM |
| JIMMY BROOKS, JR., | ) | CASE NO. 2:25-cv-674-ECM |
| MARK JENKINS, | ) | CASE NO. 2:25-cv-676-ECM |
| MARCUS WILLIAMS, | ) | CASE NO. 2:25-cv-677-ECM |
| JARROD TAYLOR, | ) | CASE NO. 2:25-cv-678-ECM |
| JEFFERY LEE, | ) | CASE NO. 2:25-cv-680-ECM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN Q. HAMM, Commissioner, | ) | |
| Alabama Department of Corrections, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Court held a status conference on January 28, 2026, to address how to proceed

with Case No. 2:25-cv-680-ECM.  For the reasons stated at the status conference, and for

good cause, it is

ORDERED that Case No. 2:25-cv-680-ECM is DECONSOLIDATED from this

action.  All future filings pertaining to Case No. 2:25-cv-680-ECM shall be filed in Case

No. 2:25-cv-680-ECM only, and not in the lead case of the consolidated action.  It is further

ORDERED that as soon as practicable but **no later than February 4, 2026**, Lee

and the Defendants shall file a separate Rule 26(f) Report containing a discovery plan

which contemplates a bench trial on April 27, 2026, in Montgomery; a pretrial conference

on April 23, 2026; and dispositive motions being fully briefed by noon on April 20, 2026.

The Clerk of the Court is DIRECTED to take all steps necessary to effectuate the deconsolidation of Case No. 2:25-cv-680-ECM.  The Clerk of the Court is further DIRECTED to file a copy of this Order in the lead case of the consolidated action, Case No. 2:25-cv-671-ECM, and in Case No. 2:25-cv-680.

DONE this 29th day of January, 2026.

       /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE