**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| KIM VAN PELT,<br>RICK BELISLE,<br>JIMMY BROOKS, JR.,<br>MARK JENKINS,<br>MARCUS WILLIAMS,<br>JARROD TAYLOR,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN Q. HAMM, in his official capacity as Commissioner, Alabama Department of Corrections, and<br><br>TERRY RAYBON, in his official capacity as Warden, Holman Correctional Facility,<br><br>    Defendants. | CASE NO. 2:25-cv-671-ECM (LEAD)<br>CASE NO. 2:25-cv-673-ECM<br>CASE NO. 2:25-cv-674-ECM<br>CASE NO. 2:25-cv-676-ECM<br>CASE NO. 2:25-cv-677-ECM<br>CASE NO. 2:25-cv-678-ECM<br><br>**CAPITAL CASES** |

**STIPULATION AND [PROPOSED] ORDER RESETTING DEADLINE FOR**
**DEFENDANTS TO FILE ANSWERS**

WHEREAS, Plaintiffs filed the Complaints in the above-captioned consolidated actions on August 22, 2025;

WHEREAS, Defendants filed motions to dismiss these actions on October 3, 2025;

WHEREAS, the Court entered orders denying, in part, Defendants motions to dismiss these actions on January 15, 2026;

WHEREAS, Defendants did not file answers in these actions, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), by January 29, 2026;

WHEREAS, counsel for Plaintiffs contacted counsel for Defendants on February 1, 2026 regarding the status of Defendants' answers and offered to extend the deadline for Defendants to answer to February 10, 2026;

1

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned counsel, as follows:

1. Defendants shall file answers in the above-captioned consolidated actions by February 10, 2026.

2. If Defendants do not file answers by February 10, 2026, Plaintiffs will move the Court for default judgment pursuant to Rule 55(b)(2).

**IT IS SO ORDERED** this _____ day of February, 2026

_____
Hon. Emily C. Marks
Chief United States District Judge


Dated: February 2, 2026                    Respectfully submitted,


For Plaintiffs:                                    For Defendants:

*/s/ Paige H. Sharpe*                              */s/ Polly S. Kenny*

Angelique A. Ciliberti (ASB: 1504T44C)             Lauren A. Simpson
Paige H. Sharpe (*pro hac vice*)                   Polly S. Kenny
Anna K. Thompson (*pro hac vice*)
Kevin A. Cline (*pro hac vice*)                    Office of the Attorney General
                                                   State of Alabama
Arnold & Porter Kaye Scholer LLP                   501 Washington Avenue
601 Massachusetts Ave. NW                          Montgomery, Alabama 36130
Washington, DC 20001                               (334) 242-7300
(202) 942-5000                                     polly.kenny@Alabamaag.gov
angelique.ciliberti@arnoldporter.com               lauren.simpson@Alabamaag.gov
paige.sharpe@arnoldporter.com
anna.thompson@arnoldporter.com                     *Attorneys for Defendants John Q. Hamm and*
kevin.cline@arnoldporter.com                       *Terry Raybon*

*Attorneys for Plaintiffs Kim Van Pelt, Rick*
*Belisle, Jimmy Brooks, Jr., and Marcus*
*Williams*

*/s/ Andrew J. Ehrlich*

Andrew J. Ehrlich (*pro hac vice*)
Justin D. Lerer (*pro hac vice*)
Kyle T. Sieber (*pro hac vice*)
Matthew D. Kaminer (*pro hac vice*)

Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas,
New York, NY 10019
(212) 373-3000
aehrlich@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com
mkaminer@paulweiss.com

*Attorneys for Plaintiff Jarrod Taylor*


*/s/ Samuel R. Diamant*

J. Andrew Pratt (ASB-3507-J)
Joshua Toll (*pro hac vice*)
Kathryn Lehman (*pro hac vice*)
Samuel R. Diamant (*pro hac vice*)

King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
(404) 572-4600
apratt@kslaw.com
jtoll@kslaw.com
klehman@kslaw.com
sdiamant@kslaw.com

*Attorneys for Plaintiff Mark Jenkins*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Andrew J. Ehrlich*

Andrew J. Ehrlich