IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIM VAN PELT,<br>RICK BELISLE,<br>JIMMY BROOKS, JR.,<br>MARK JENKINS,<br>MARCUS WILLIAMS,<br>JARROD TAYLOR,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN Q. HAMM, in his official capacity as Commissioner, Alabama Department of Corrections, and<br><br>TERRY RAYBON, in his official capacity as Warden, Holman Correctional Facility,<br><br>    Defendants. | CASE NO. 2:25-cv-671-ECM (LEAD)<br>CASE NO. 2:25-cv-673-ECM<br>CASE NO. 2:25-cv-674-ECM<br>CASE NO. 2:25-cv-676-ECM<br>CASE NO. 2:25-cv-677-ECM<br>CASE NO. 2:25-cv-678-ECM<br><br>CAPITAL CASES |

## JOINT MOTION FOR PROTECTIVE ORDER

Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., Mark Jenkins, Marcus Williams, and Jarrod Taylor and Defendants John Q. Hamm and Terry Raybon respectfully move this Court for the entry of a Protective Order with respect to confidential documents and information that may be produced in the above-captioned consolidated actions.

In support the parties state:

1. These cases challenge, under 42 U.S.C. § 1983, the constitutionality of Defendants' nitrogen hypoxia execution protocol.

2. Defendants maintain that the Alabama Department of Corrections ("ADOC") has a compelling interest in protecting the confidentiality of material and information

1

concerning, among other things, prison security and the personal information of ADOC prisoners and staff.

3. Plaintiffs reserve the right to dispute and challenge Defendants' confidentiality designations.

4. Considering Defendants' confidentiality concerns and subject to Plaintiffs' reservation of rights, the parties jointly request that this Court enter the attached proposed Protective Order that will govern the use and disclosure of documents and information produced in the above-captioned consolidated actions.

Dated: February 2, 2026             Respectfully submitted,

For Plaintiffs:

*/s/ Paige H. Sharpe*

Angelique A. Ciliberti (ASB: 1504T44C)
Paige H. Sharpe (*pro hac vice*)
Anna K. Thompson (*pro hac vice*)
Kevin A. Cline (*pro hac vice*)

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
angelique.ciliberti@arnoldporter.com
paige.sharpe@arnoldporter.com
anna.thompson@arnoldporter.com
kevin.cline@arnoldporter.com

*Attorneys for Plaintiffs Kim Van Pelt, Rick Belisle, Jimmy Brooks, Jr., and Marcus Williams*

For Defendants:

*/s/ Polly S. Kenny*

Lauren A. Simpson
Polly S. Kenny

Office of the Attorney General
State of Alabama
501 Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300
polly.kenny@Alabamaag.gov
lauren.simpson@Alabamaag.gov

*Attorneys for Defendants John Q. Hamm and Terry Raybon*

*/s/ Andrew J. Ehrlich*

Andrew J. Ehrlich (*pro hac vice*)
Justin D. Lerer (*pro hac vice*)
Kyle T. Sieber (*pro hac vice*)
Matthew D. Kaminer (*pro hac vice*)

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas,
New York, NY 10019
(212) 373-3000
aehrlich@paulweiss.com
jlerer@paulweiss.com
ksieber@paulweiss.com
mkaminer@paulweiss.com

*Attorneys for Plaintiff Jarrod Taylor*


*/s/ Samuel R. Diamant*

J. Andrew Pratt (ASB-3507-J)
Joshua Toll (*pro hac vice*)
Kathryn Lehman (*pro hac vice*)
Samuel R. Diamant (*pro hac vice*)

King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
(404) 572-4600
apratt@kslaw.com
jtoll@kslaw.com
klehman@kslaw.com
sdiamant@kslaw.com

*Attorneys for Plaintiff Mark Jenkins*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Andrew J. Ehrlich*

Andrew J. Ehrlich