IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KIM VAN PELT, | ) | CASE NO. 2:25-cv-671-ECM (LEAD) |
| RICK BELISLE, | ) | CASE NO. 2:25-cv-673-ECM |
| JIMMY BROOKS, JR., | ) | CASE NO. 2:25-cv-674-ECM |
| MARK JENKINS, | ) | CASE NO. 2:25-cv-676-ECM |
| MARCUS WILLIAMS, | ) | CASE NO. 2:25-cv-677-ECM |
| JARROD TAYLOR, | ) | CASE NO. 2:25-cv-678-ECM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN Q. HAMM, Commissioner, | ) | |
| Alabama Department of Corrections, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the parties' stipulation and proposed order (doc. 41), which the Court construes as containing an unopposed motion to extend the Defendants' answer deadlines.  Upon consideration of the motion and the parties' stipulation, and for good cause, it is

ORDERED that the motion (doc. 41) is GRANTED, and the Defendants' answer deadlines are EXTENDED to **February 10, 2026**.

DONE this 2nd day of February, 2026.

_____
/s/ Emily C. Marks
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE