# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| KIM VAN PELT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-00671-ECM |
| | ) |
| JOHN Q. HAMM, | ) |
| Commissioner, Alabama | ) |
| Department of Corrections, | ) |
| | ) |
| and | ) |
| | ) |
| TERRY RAYBON, Warden, | ) |
| Holman Correctional Facility, | ) |
| | ) |
| Defendants. | ) |

## NOTICE TO THE COURT

Come now Defendants and notify this Honorable Court that the State of Alabama has moved the Alabama Supreme Court to authorize Jeffery Lee's execution. Although Lee's case has been deconsolidated from this litigation, Defendants provide notice out of an abundance of caution. The State's filing is attached for reference.

Respectfully submitted on this the 9th day of February 2026.

    STEVE MARSHALL
    ATTORNEY GENERAL OF ALABAMA
    BY—

*/s/ Lauren A. Simpson*
Lauren A. Simpson
*Deputy Attorney General*

Polly S. Kenny
*Assistant Attorney General*
Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on February 9, 2026, I served a copy of the foregoing upon counsel for the Plaintiff by filing the same via the Court's CM/ECF system and emailed a copy of the foregoing to **Angelique A. Ciliberti, Page H. Sharpe, Anna K. Thompson, Kevin A. Cline, Andrew J. Ehrlich, Justin D. Lerer, Kyle T. Sieber, Natalie A. Reynolds, J. Andrew Pratt, Joshua Toll, Kathryn Lehman,** and **Samuel Diamant.**

Respectfully submitted,

Steve Marshall
*Alabama Attorney General*

**/s/ Lauren A. Simpson**
Lauren A. Simpson
*Deputy Attorney General*
Counsel for Defendants

OF COUNSEL:

Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov