IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIM VAN PELT, ) | CASE NO. 2:25-cv-671-ECM (LEAD) |
| RICK BELISLE, ) | CASE NO. 2:25-cv-673-ECM |
| JIMMY BROOKS, JR., ) | CASE NO. 2:25-cv-674-ECM |
| LARRY GEORGE, ) | CASE NO. 2:25-cv-675-ECM |
| MARK JENKINS, ) | CASE NO. 2:25-cv-676-ECM |
| MARCUS WILLIAMS, ) | CASE NO. 2:25-cv-677-ECM |
| JARROD TAYLOR, ) | CASE NO. 2:25-cv-678-ECM |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN Q. HAMM, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The Court held a status conference in *George v. Hamm et al.*, Case No. 2:25-cv-675-ECM, on February 12, 2026.  The parties represented to the Court that, in light of the current procedural posture, the *George* case should be consolidated with the consolidated nitrogen hypoxia action, Lead Case *Van Pelt v. Hamm et al.*, 2:25-cv-671-ECM.  The parties further represented that they are willing to engage in settlement discussions.

For the reasons stated on the record at the status conference, and for good cause, it is

ORDERED as follows:

1.       *George v. Hamm et al.*, Case No. 2:25-cv-675-ECM, is CONSOLIDATED with Case Nos. 2:25-cv-671-ECM, 2:25-cv-673-ECM, 2:25-cv-674-ECM, 2:25-cv-676-ECM, 2:25-cv-677-ECM, and 2:25-cv-678-ECM for discovery and case management, with Case No. 2:25-cv-671-ECM remaining the LEAD CASE;

2.       Unless and until the Court orders otherwise, **the parties shall file documents in the lead case only**: **Case No. 2:25-cv-671-ECM.** The Court will not consider documents filed in the member cases. The Clerk of the Court is DIRECTED to return to the parties any documents submitted for filing in any of the member cases. Every document filed in this consolidated matter must include the case numbers of the lead case, Case No. 2:25-cv-671-ECM, and the member cases listed in the caption of this Order;

3.       The Clerk of the Court is DIRECTED to file a copy of this Order in the following cases: Case Nos. 2:25-cv-671-ECM, 2:25-cv-673-ECM, 2:25-cv-674-ECM, 2:25-cv-675-ECM, 2:25-cv-676-ECM, 2:25-cv-677-ECM, 2:25-cv-678-ECM;

4.       If the State of Alabama moves to set an execution date for any of the Plaintiffs listed in the caption of this Order, the Defendants shall notify the Court as soon as practicable but **no later than twenty-four hours after the filing of the motion to set an execution date**;

5.       The Court presumes that the parties in *George v. Hamm et al.*, Case No. 2:25-cv-675-ECM, will be governed by the same schedule set forth in the Uniform Scheduling Order ("USO") in the consolidated action (*see* doc. 47 in Case No. 2:25-cv-671-ECM). To the extent the *George* parties wish to stray from any aspect of the existing USO, the *George* parties shall file a Rule 26(f) report to that effect **on or before February 24, 2026**;

6. If the *George* parties reach a settlement, they shall file a notice informing the Court as soon as practicable but **no later than seven days after reaching settlement.**

DONE this 18th day of February, 2026.

                                      /s/ Emily C. Marks  
                              EMILY C. MARKS  
                              UNITED STATES DISTRICT JUDGE