IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIM VAN PELT, | ) Case No. 2:25-cv-671-ECM (LEAD) |
| RICK BELISLE, | ) Case No. 2:25-cv-673-ECM |
| JIMMY BROOKS JR., | ) Case No. 2:25-cv-674-ECM |
| LARRY GEORGE, | ) Case No. 2:25-cv-675-ECM |
| MARK JENKINS, | ) Case No. 2:25-cv-676-ECM |
| MARCUS WILLIAMS, & | ) Case No. 2:25-cv-677-ECM |
| JARROD TAYLOR, | ) Case No. 2:25-cv-678-ECM |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN Q. HAMM, | ) |
| Commissioner, Alabama | ) |
| Department of Corrections, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, Talmadge Butts, and enters his appearance as counsel for the Defendants in the above-styled cause.

Respectfully submitted,

Steve Marshall
*Alabama Attorney General*

***/s/ Talmadge Butts***
Talmadge Butts
*Assistant Attorney General*

State of Alabama

|  |  |
|---|---|
|  | Office of the Attorney General |
|  | 501 Washington Avenue |
|  | Montgomery, AL 36130 |
|  | (334) 242-7300 |
| March 12, 2026 | Talmadge.Butts@AlabamaAG.gov |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Talmadge Butts*
Talmadge Butts
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
Office (334) 353-1754
Fax (334) 353-8400
Talmadge.Butts@AlabamaAG.gov