IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID P. WILSON, | ) CASE NO. 2:24-cv-111-ECM (LEAD) |
| KIM VAN PELT, | ) CASE NO. 2:25-cv-671-ECM |
| RICK BELISLE, | ) CASE NO. 2:25-cv-673-ECM |
| JIMMY BROOKS, JR., | ) CASE NO. 2:25-cv-674-ECM |
| LARRY GEORGE, | ) CASE NO. 2:25-cv-675-ECM |
| MARK JENKINS, | ) CASE NO. 2:25-cv-676-ECM |
| MARCUS WILLIAMS, | ) CASE NO. 2:25-cv-677-ECM |
| JARROD TAYLOR, | ) CASE NO. 2:25-cv-678-ECM |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the Court are joint motions to consolidate filed in *Wilson v. Hamm*, Case No. 2:24-cv-111-ECM ("*Wilson*"); and in *Van Pelt v. Hamm et al.*, 2:25-cv-671-ECM ("*Van Pelt*"), which is itself a consolidated action comprising seven cases. (Doc. 100 in *Wilson*; doc. 57 in *Van Pelt*). The parties seek to consolidate *Wilson* and *Van Pelt* for discovery and case management purposes because the Plaintiffs in all eight cases challenge the Alabama Department of Corrections' nitrogen hypoxia execution protocol as violative of the Eighth Amendment to the United States Constitution.

The Court finds that consolidation is appropriate pursuant to Federal Rule of Civil Procedure 42(a)(2). Additionally, absent a party's objection, the Court proposes that the

consolidated action be re-captioned as "In Re: Alabama Nitrogen Hypoxia Litigation Protocol."

Upon consideration of the motions, and for good cause, it is

ORDERED as follows:

1. The joint motions to consolidate (doc. 100 in *Wilson*; doc. 57 in *Van Pelt*) are GRANTED;

2. The following eight actions are consolidated: Case Nos. 2:24-cv-111-ECM, 2:25-cv-671-ECM, 2:25-cv-673-ECM, 2:25-cv-674-ECM, 2:25-cv-676-ECM, 2:25-cv-675-ECM, 2:25-cv-677-ECM, and 2:25-cv-678-ECM for discovery and case management. Case No. 2:24-cv-111-ECM will be the LEAD CASE;

3. Unless and until the Court orders otherwise, **the parties shall file documents in the lead case only**: **Case No. 2:24-cv-111-ECM.** The Court will not consider documents filed in the member cases. The Clerk of the Court is DIRECTED to return to the parties any documents submitted for filing in any of the member cases. Every document filed in this consolidated matter must include the case numbers of the lead case, Case No. 2:24-cv-111-ECM, and the member cases listed in the caption of this Order;

4. The Clerk of the Court is DIRECTED to file a copy of this Order in the following cases: Case Nos. 2:24-cv-111-ECM, 2:25-cv-671-ECM, 2:25-cv-673-ECM, 2:25-cv-674-ECM, 2:25-cv-675-ECM, 2:25-cv-676-ECM, 2:25-cv-677-ECM, and 2:25-cv-678-ECM;

5. If the State of Alabama moves to set an execution date for any of the Plaintiffs listed in the caption of this Order, the Defendants shall notify the Court as soon

as practicable but **no later than twenty-four hours after the filing of the motion to set an execution date**;

6. If any party opposes re-captioning this action as "In Re: Alabama Nitrogen Hypoxia Protocol Litigation," the party shall file a position statement setting forth his opposition as soon as practicable but **no later than March 23, 2026 at 12:00 p.m. CDT**.

DONE this 16th day of March, 2026.

                                          /s/ Emily C. Marks
                                EMILY C. MARKS
                                UNITED STATES DISTRICT JUDGE