IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID P. WILSON, | ) | CASE NO. 2:24-cv-111-ECM (LEAD) |
| KIM VAN PELT, | ) | CASE NO. 2:25-cv-671-ECM |
| RICK BELISLE, | ) | CASE NO. 2:25-cv-673-ECM |
| JIMMY BROOKS, JR., | ) | CASE NO. 2:25-cv-674-ECM |
| LARRY GEORGE, | ) | CASE NO. 2:25-cv-675-ECM |
| MARK JENKINS, | ) | CASE NO. 2:25-cv-676-ECM |
| MARCUS WILLIAMS, | ) | CASE NO. 2:25-cv-677-ECM |
| JARROD TAYLOR, | ) | CASE NO. 2:25-cv-678-ECM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN Q. HAMM, Commissioner, | ) | |
| Alabama Department of Corrections, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On March 16, 2026, the Court entered an Order consolidating the above eight cases, in which each Plaintiff challenges the Alabama Department of Corrections' nitrogen hypoxia execution protocol as violative of the Eighth Amendment to the United States Constitution. (Doc. 103).  The Court further proposed that the consolidated action be re-captioned as "In Re: Alabama Nitrogen Hypoxia Protocol Litigation," and the Order provided that any party who opposed re-captioning the action shall file a position statement setting forth his opposition no later than March 23, 2026 at 12:00 p.m. CDT. (*Id.* at 3). That deadline has passed, and no party has expressed opposition to re-captioning this case.

Accordingly, and for good cause, it is

ORDERED as follows:

1.      The Clerk of the Court is DIRECTED to amend the caption in Case No. 2:24-cv-111-ECM from *David P. Wilson v. John Q. Hamm* to *In Re: Alabama Nitrogen Hypoxia Protocol Litigation*;

2.      Following entry of this Order, all filings must bear the caption *In Re: Alabama Nitrogen Hypoxia Protocol Litigation* and be identified as Case No. 2:24-cv-111-ECM;

3.      The Clerk of the Court is further DIRECTED to file a copy of this Order in the following cases:  Case Nos. 2:24-cv-111-ECM, 2:25-cv-671-ECM, 2:25-cv-673-ECM, 2:25-cv-674-ECM, 2:25-cv-675-ECM, 2:25-cv-676-ECM, 2:25-cv-677-ECM, and 2:25-cv-678-ECM.

DONE this 24th day of March, 2026.

       /s/ Emily C. Marks
       EMILY C. MARKS
       UNITED STATES DISTRICT JUDGE